IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GILBERT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A., and<br>DOES 1-100 inclusive,<br><br>　　　　　Defendants. | 1:13-CV-265 AWI SKO<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION, AND ORDER ON MOTION FOR TELEPHONIC APPEARANCE<br><br>(Doc. No. 9) |

　　　Defendants have noticed for hearing and decision a motion to dismiss. The matter is scheduled for hearing on April 29, 2013, at 1:30 p.m. in Courtroom No. 2. Pursuant to the Local Rules, the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h). Also, because the Court will vacate oral argument, Defendants' request for telephonic appearance is now moot.

　　　Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of April 29, 2013, is VACATED, the parties shall not appear at that time, and as of April 29, 2013, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision; and

2. Defendants' motion for telephonic appearance is DENIED as moot (Doc. No. 9).

IT IS SO ORDERED.

Dated:   April 25, 2013                                    _____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE