IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GILBERT,<br><br>            **Plaintiff**,<br>  v.<br><br>CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A., and<br>DOES 1-100 inclusive,<br><br>           **Defendants**. | 1:13-CV-265  AWI SKO<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

    Defendants have noticed for hearing and decision a motion to dismiss.  The matter is scheduled for hearing on July 29, 2013, at 1:30 p.m. in Courtroom No. 2.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than July 15, 2013.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See Local Rule 230(c).  Plaintiffs are not entitled to be heard at oral argument in opposition to the motion.  See id.  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 29, 2013, is VACATED, and no party shall appear at that time.  As of July 29, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 23, 2013

                                            SENIOR  DISTRICT  JUDGE