1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

8

9 JAMES D. GILBERT,                              )   1:13-CV-265  AWI SKO
                                                )
10          Plaintiff,                          )
      v.                                        )   ORDER ON PLAINTIFF'S
11                                              )   MOTION TO CONTINUE
    CHASE HOME FINANCE, LLC,                    )   HEARING
12  JPMORGAN CHASE BANK, N.A., and              )
    DOES 1-100 inclusive,                       )
13                                              )
              Defendants.                       )
14  _____)

15

16

17      On July 23, 2013, the Court vacated a July 29, 2013 hearing on Defendants' motion to

18 dismiss.  The Court noted that Plaintiff had failed to file an opposition and was in violation of the

19 local rules.  After the Court signed the order, but before the order was docketed, Plaintiff filed an

20 untimely opposition.

21      On July 24, 2013, Plaintiff filed a combined motion to continue and leave to file a late

22 opposition, and improperly set that motion for a hearing for July 29, 2013, despite the fact that

23 this date had been vacated and the motion to dismiss had been taken under submission.

24      Also on July 24, 2013, Defendants filed a reply.  As part of the reply, Defendants contend

25 that Plaintiff's failure to file a timely opposition should be construed as a consent to dismissal.

26      Plaintiff's motion to continue will be denied.  There is no proper reason to continue the

27 hearing on the motion to dismiss.  Further, the Court has reviewed the opposition and the reply,

28 and a hearing on the motion to dismiss remains unnecessary.  The Court, however, will consider

1   the opposition and the reply.  The consequence of a failure to file a timely opposition is that a

2   party will not be heard at oral argument; it is not consent to dismissal.

3

4        Accordingly, IT IS HEREBY ORDERED that:

5   1.   Plaintiffs' motion to continue is DENIED, but the Court will consider Plaintiff's untimely

6        opposition;

7   2.   The July 29, 2013, hearing date remains VACATED as to all motions in this case; and

8   3.   The Court will issue its decision on Defendants' motion to dismiss on after July 29, 2013.

9   IT IS SO ORDERED.

10
    Dated:   July 25, 2013

11                                          SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 2